**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| CARLOS A.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 26-CV-4200 (NEB/SGE)<br><br><br><br>ORDER DISMISSING CASE |

---

Petitioner Carlos A. has filed a petition for a writ of habeas corpus challenging the legality of his detention during the pendency of removal proceedings against him. One day prior to the Court receiving the habeas petition filed in this matter, Petitioner initiated a separate habeas corpus proceeding challenging the legality of his detention. *See Carlos A. v. United States*, No. 26-CV-4181 (ECT/DJF) (D. Minn. filed Sept. 28, 2026). The claims raised in the two proceedings are substantively identical; indeed, the two petitions are nearly a copy of one another, apart from minor variations in the spelling of Petitioner's name.[1]

This matter is entirely duplicative and therefore unnecessary. If Petitioner is entitled to habeas relief, then the earlier proceeding will be a sufficient vehicle through which to procure that relief. Similarly, if Petitioner is not entitled to habeas relief, then this second proceeding will be no more effective a vehicle for procuring release from

---

[1] The Petitioner identifies himself through the same Alien Number in each case, which confirms that despite the differences in spelling of the Petitioner's name, the same detainee is the petitioner in both proceedings.

detention than the first proceeding. There is no good reason for both actions to go forward simultaneously.

Accordingly, the habeas petition filed in this matter will be denied without prejudice and this matter dismissed. The denial of the habeas petition filed in this matter is not intended to affect in any way the disposition of the earlier habeas proceeding brought by Petitioner, which remains ongoing.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The petition for a writ of habeas corpus of petitioner Carlos A. [ECF No. 1] is DENIED WITHOUT PREJUDICE.

2. This matter is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 30, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge