# UNITED STATES DISTRICT COURT
## District of Minnesota

Carlos Ezequiel Argudin-Pena,

Petitioner(s),

v.

United States of America,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-04200-NEB-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The petition for a writ of habeas corpus of petitioner Carlos A. [ECF No. 1] is DENIED WITHOUT PREJUDICE.

2. This matter is DISMISSED.

Date: 9/30/2026

KATE M. FOGARTY, CLERK